WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Verco Decking, Inc., | No. CV-11-2516-PHX-GMS |
| Plaintiff/Counterclaim-Defendant, | **ORDER** |
| vs. | |
| Consolidated Systems, Inc., | |
| Defendant/Counterclaim-Plaintiff. | |

Pending before this Court is Plaintiff's Motion to File Under Seal Plaintiff's Unredacted Response (Doc. 71). This Court previously ordered that Verco's counsel file an affidavit before it would accept the lodged unredacted Response under seal. (Doc. 90.) Counsel has now filed that affidavit indicating that no changes were made to the portions of the deposition transcript that were quoted in the sealed lodged motion. (Doc. 92)

**IT IS HERBY ORDERED** that the Motion to File Under Seal Plaintiff's Unredacted Response (Doc. 71) is **GRANTED**. The Clerk of Court is directed to file under seal the lodged Plaintiff's Response in Opposition to Defendant's Motion for Claim Construction (Doc. 72).

Dated this 15th day of May, 2014.

/G. Murray Snow
United States District Judge